# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE (C.M.S.), an individual,

                                               **Plaintiff,**

v.

WYNDHAM HOTELS & RESORTS, INC., et al.,

                                               **Defendant.**

Case No. **3:24-CV-00217-JLS-AHG**

## PRO HAC VICE APPLICATION

Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Ramada Worldwide Inc., Super 8 Worldwide, Inc., La Quinta Franchising, LLC and La Quinta Holdings, Inc.
_Party Represented_

I, **DAVID S. SAGER** hereby petition the above entitled court to permit me
         (Applicant)

to appear and participate in this case and in support of petition state:

| | |
|---|---|
| My firm name: | DLA Piper LLP (US) |
| Street address: | 51 John F. Kennedy Parkway, Suite 120 |
| City, State, ZIP: | Short Hills, New Jersey 07078 |
| Phone number: | T: 973.520.2570 \| F: 973.215.2604 |
| Email: | david.sager@us.dlapiper.com |

That on **June 11, 1992** I was admitted to practice before **The State Bar of New Jersey**
                  (Date)                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ David S. Sager_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| | |
|---|---|
| Melissa A. Reinckens (SBN 314657) | (619) 699-2798 |
| (Name) | (Telephone) |
| DLA Piper LLP (US) | |
| (Firm) | |
| 4365 Executive Drive, Suite 1100 | San Diego, California     92121-2133 |
| (Street) | (City)               (Zip code) |

_/s/ David S. Sager_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/ Melissa A. Reinckens_
(Signature of Designee Attorney)