# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JANE DOES (C.M.S.), an individual,　　**Plaintiff,**

v.

WYNDHAM HOTELS & RESORTS, INC., et. al.,　　**Defendant.**

Case No.　24-CV-00217 JLS (AHG)

## PRO HAC VICE APPLICATION

Choice Hotels International, Inc.
Party Represented

I, __Sara Marie Turner__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Street address: 1901 Sixth Avenue North, Suite 2600
City, State, ZIP: Birmingham, Alabama 35203
Phone number: (205) 250-8316
Email: smturner@bakerdonelson.com

That on __April 28, 2006__ (Date) I was admitted to practice before __Supreme Court of Alabama__ (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have  ☒ have not  concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____　　Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Sara M Turner_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Kai Peters　　　　　　　　　　　　　　　　　(415) 986-5900
(Name)　　　　　　　　　　　　　　　　　　(Telephone)

Gordon Rees Scully Mansukhani, LLP
(Firm)

315 Pacific Avenue　　　　　San Francisco, CA　　　　94111
(Street)　　　　　　　　　　(City)　　　　　　　　　(Zip code)

_/s/ Sara M Turner_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/ KP_
(Signature of Designee Attorney)