C. Moze Cowper (Bar No. 326614)
**COWPER LAW PC**
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
Tel.: (877) 529-3707

Edward Fisher (*pro hac vice*)
**PROVOST UMPHREY LAW FIRM**
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Tel.: (409) 838-8813

Patrick Barrett (*pro hac vice*)
**PROVOST UMPHREY LAW FIRM**
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
Tel.: (615) 297-1932

*Attorneys for Plaintiff (additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE (C.M.S.), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM HOTELS & RESORTS, INC., ET AL.,<br><br>Defendants. | Case No. 3:24-cv-00217-JLS-AHG<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Jane Doe (C.M.S.) ("Plaintiff") hereby respectfully moves the Court to enter an order extending the deadlines contained in the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (ECF 177). Plaintiff's counsel has conferred with counsel for Defendants, and Defendants do not oppose the relief sought herein.

On or about February 12, 2025, Plaintiff was arrested in San Diego for a probation violation. Following her arrest, Plaintiff was incarcerated until August 25, 2025. During her incarceration, communication between Plaintiff and her counsel was

extremely limited such that Plaintiff was effectively unable to participate in discovery or supply information necessary to respond to written discovery from Defendants.

As a result of her incarceration for over six months, discovery in this matter has not progressed as expected pursuant to the Scheduling Order. For this reason, Plaintiff seeks to extend the deadlines in the Scheduling Order for at least 180 days and thereby allow the parties sufficient time for discovery and other pre-trial preparation. The new proposed case deadlines are as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Plaintiff's written settlement demand | October 15, 2025 | **April 13, 2026** |
| Meet and confer between the parties regarding settlement conference | October 22, 2025 | **April 20, 2026** |
| Settlement Conference Statement and Confidential Settlement Letter due to the court. | October 29, 2025 | **April 27, 2026** |
| Fact discovery deadline | December 2, 2025 | **June 1, 2026** |
| Designation of experts in writing | January 6, 2026 | **July 13, 2026** |
| Exchange of rebuttal experts | January 20, 2026 | **August 14, 2026** |
| Rule 26(a)(2)(A) and (B) Disclosures | February 20, 2026 | **August 19, 2026** |
| Deadline for any party to supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) | March 6, 2026 | **September 2, 2026** |
| Expert discovery deadline | April 6, 2026 | **October 5, 2026** |
| Pre-trial motions | May 6, 2026 | **November 2, 2026** |
| Additional Mandatory Settlement Conference | July 29, 2026 | **January 25, 2027** |

| Deadline for parties to file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) | August 13, 2026 | **February 9, 2027** |
|---|---|---|
| Fed. R. Civ. P. 26(a)(3) pre-trial disclosures | August 13, 2026 | **February 9, 2027** |
| Deadline for Counsel to meet and take the action as required by Local Rule 16.1(f)(4) | August 20, 2026 | **February 16, 2027** |
| Pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f) | August 27, 2026 | **February 23, 2027** |
| Final Pretrial Conference Order | September 3, 2026 | **March 2, 2027** |
| Final Pretrial Conference | September 10, 2026 | **March 9, 2027** |

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the deadlines contained in the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (ECF 177) to the parties' new proposed case schedule, and granting such other and further relief as the Court deems just and proper in the circumstances.

DATED: September 12, 2025         Respectfully submitted,

By: */s/ C. Moze Cowper*
C. Moze Cowper (Bar No. 326614)
mcowper@cowperlaw.com
**COWPER LAW PC**
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
Tel.: (877) 529-3707

Patrick Barrett (*to be admitted pro hac vice*)
pbarrett@pulf.com
**PROVOST UMPHREY LAW FIRM**
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
Tel.: (615)297-1932

Bryan O. Blevins (*to be admitted pro hac vice*)
bblevins@pulf.com
**PROVOST UMPHREY LAW FIRM**
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Tel.: (409) 838-8858

Edward Fisher (*to be admitted pro hac vice*)
efisher@pulf.com
**PROVOST UMPHREY LAW FIRM**
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Tel.: (409) 838-8813

*Attorneys for Plaintiff*

---

PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER DEADLINES                     CASE NO. 3:24-CV-00217-JLS-AHG

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, a copy of the foregoing was served on all counsel of record through the Court's ECF system.

*/s/ C. Moze Cowper*
C. Moze Cowper