C. Moze Cowper (Bar No. 326614)
**COWPER LAW PC**
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
Tel.: (877) 529-3707

Patrick Barrett (*Pro Hac Vice*)
**PROVOST UMPHREY LAW FIRM**
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
Tel.: (615) 297-1932

*Attorneys for Plaintiff*

*Additional Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE (C.M.S.), an individual, | Case No. 3:24-cv-00217-JLS-AHG |
| Plaintiff, | |
| vs. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| WYNDHAM HOTELS & RESORTS, INC., ET AL., | |
| Defendants. | |

Edward Fisher (*Pro Hac Vice*)
**PROVOST UMPHREY LAW FIRM**
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Tel.: (409) 838-8813

Bryan O. Blevins (*Pro Hac Vice*)
**PROVOST UMPHREY LAW FIRM**
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Tel.: (409) 838-8858

*Additional Attorneys for Plaintiff
(C.M.S.)*

David Sager (*Pro Hac Vice*)
**DLA PIPER LLP**
51 John F. Kennedy Pkwy, Suite 120
Short Hills, NJ 07078
Tel.: (973) 520-2570

Desiree Moshayedi
**DLA PIPER LLP**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Tel.: (310) 595-3219

Melissa A. Reinckens
Susan N. Acquista
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel.: (858) 677-1400

*Attorneys for Defendants WYNDHAM
HOTELS & RESORTS, INC.,
WYNDHAM HOTEL GROUP, LLC,
RAMADA WORLDWIDE INC., and
SUPER8 WORLDWIDE INC.*

Allison L. McQueen (*Pro Hac Vice*)
Bethany K. Biesenthal (*Pro Hac Vice*)
**JONES DAY**
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Tel.: (312) 782-3939

Nicole M. Perry (*Pro Hac Vice*)
**JONES DAY**
717 Texas, Suite 3300
Houston, Texas 77002
Tel.: (832) 239-3939

Cindi L. Ritchey, SBN 216899
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Tel.: (858) 314-1200

Ana Maria Cristina Perez Soto (*Pro Hac
Vice*)
**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel.: (305) 714-9799

*Attorneys for Defendants HILTON
DOMESTIC OPERATING COMPANY
INC.*

John Joseph Rice
Kyle William Naggeotte
**HIGGS FLETCHER & MACK, LLP**
401 West A Street, Suite 2600
San Diego, CA 92101
Tel.: (619) 236-1551

*Attorneys for Defendant SPORTS ARENA
HOTEL VENTURE LP*

Frances M. O'Meara, SBN 140600
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Tel.: (310) 481-7600

*Attorney for Defendants OHM KARESHVER, INC. and MOUNT VERNON INN, INC.*

Robert A. Latham III, SBN 125081
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Tel.: (310) 481-7600

Peter J. Schulz
**SCHULZ BRICK & ROGASKI**
600 W. Broadway, Suite 960
San Diego, CA 92101
Tel.: (619) 234-3660

*Additional Attorneys for Defendant MOUNT VERNON INN, INC.*

Erin C. Ford
**DE LA PENA & HOLIDAY LLP**
601 Montgomery Street, Suite 700
San Francisco, CA 94111
Tel.: (415) 268-8000

*Attorney for Defendant GRAND HOST INC.*

Sara Marie Turner (*Pro Hac Vice*)
**BAKER DONELSON**
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
Tel.: (205) 250-8316

Kai Peters
**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Avenue
San Francisco, CA 94111
Tel.: (415) 986-5900

Yen Ren
**GORDON REES SCULLY MANSUKHANI, LLP**
101 West Broadway, Suite 2000
San Diego, CA 92101
Tel.: (619) 230-7454

*Attorneys for Defendant CHOICE HOTEL INTERNATIONAL INC.*

Ashleigh Reif Kasper
**O'HAGAN MEYER**
550 South Hope Street, Suite 2400
Los Angeles, CA 90071
Tel.: (213) 423-6005

*Attorney for Defendant PACIFIC COAST INN LLC*

Christopher T. Byrd (*Pro Hac Vice*)
Shubhra R. Mashelkar (*Pro Hac Vice*)
**WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL**
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
Tel.: (404) 876-2700

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)
CASE NO. 3:24-CV-00217-JLS-AHG

Aaron Cohn
**WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL**
3350 Virginia Street, Suite 500
Miami, FL 33133
Tel.: (305) 455-9500
acohn@wwhgd.com

David Anthony Fear (*Pro Hac Vice*)
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL**
255 South Orange Avenue, Suite 1260
Orlando, FL 32801
Tel.: (407) 242-8796
dfear@wwhgd.com

Erin Kathleen Poppler
**EDLIN GALLAGHER HUIE + BLUM**
500 Washington Street, Suite 700
San Francisco, CA 94104
Tel.: (415) 397-9006
epoppler@behblaw.com

Michael E. Gallagher Jr.
**EDLIN GALLAGHER HUIE + BLUM**
515 S Flower Street, Suite 1020
Los Angeles, CA 90071
Tel.: (213) 412-2661
mgallagher@eghblaw.com

*Attorneys for Defendants ESA P PORTFOLIO LLC, ESH/HV PROPERTIES LLC, ESH HOSPITALITY INC., ESA MANAGEMENT LLC, and ESA P PORTFOLIO OPERATING LESSEE LLC*

Corey Lee Shulman
Karen Loreece Campbell
**LEWIS BRISBOIS BISGAARD & SMITH**
77 Water Street, Suite 2100
New York, NY 10005
Tel.: (212) 232-1399

Miguel Oscar Medina
**LEWIS BRISBOIS BISGAARD & SMITH**
550 West C Street, Suite 1700
San Diego, CA 92101
Tel.: (619) 233-4997

*Attorneys for APPLE EIGHT HOSPITALITY MANAGEMENT, INC.*

IT IS HEREBY STIPULATED by and among Defendants and Plaintiff Jane Doe, pursuant to Fed. R. Civ. P. 41(a), that all claims brought by Plaintiff Jane Doe against Defendants are dismissed with prejudice, with no fees or costs assigned to any party.

RESPECTFULLY SUBMITTED this 23rd day of December, 2025.

Dated: December 23, 2025                    Respectfully Submitted,

By: _/s/ Moze Cowper_____
    C. Moze Cowper (Bar No. 326614)
    Patrick Barrett (*Pro Hac Vice*)
    Edward Fisher (*Pro Hac Vice*)
    Bryan O. Blevins (*Pro Hac Vice*)
    Annie McAdams (*Pro Hac Vice*)

    *Attorneys for Plaintiff*

Dated: December 23, 2025       By: _/s/ David S. Sager_
    David S. Sager (*Pro Hac Vice*)
    Desiree Moshayedi
    Melissa A. Reinckens
    Susan N. Acquista

    *Attorneys for Defendants WYNDHAM HOTELS & RESORTS, INC., WYNDHAM HOTEL GROUP, LLC, RAMADA WORLDWIDE INC., and SUPER8 WORLDWIDE INC.*

Dated: December 23, 2025           By: _/s/ Nicole M. Perry_
    Nicole M. Perry (*Pro Hac Vice*)
    Allison L. McQueen (*Pro Hac Vice*)
    Bethany K. Biesenthal (*Pro Hac Vice*)
    Cindi L. Ritchey, SBN 216899
    Ana Maria Cristina Perez Soto (*Pro Hac Vice*)

*Attorneys for Defendants HILTON DOMESTIC OPERATING COMPANY INC.*

Dated: December 23, 2025     By: */s/ John Joseph Rice*
             John Joseph Rice
             Kyle William Naggeotte

*Attorneys for Defendant SPORTS ARENA HOTEL VENTURE LP*

Dated: December 23, 2025     By: */s/ Robert A. Latham III*
             Frances M. O'Meara, SBN 140600
             Robert A. Latham III, SBN 125081

*Attorney for Defendants OHM KARESHVER, INC. and MOUNT VERNON INN, INC.*

Dated: December 23, 2025     By: */s/ Robert A. Latham III*
             Frances M. O'Meara, SBN 140600
             Robert A. Latham III, SBN 125081
             Peter J. Schulz

*Attorneys for Defendant MOUNT VERNON INN, INC.*

Dated: December 23, 2025     By: */s/ Erin C. Ford*
             Erin C. Ford
             Gregory R. de la Peña

*Attorney for Defendant GRAND HOST INC.*

Dated: December 23, 2025     By: */s/ Sara Marie Turner*
             Sara Marie Turner (*Pro Hac Vice*)
             Kai Peters

Yen Ren

*Attorneys for Defendant CHOICE HOTEL INTERNATIONAL INC.*

Dated: December 23, 2025     By: */s/ Ashleigh Reif Kasper*
         Ashleigh Reif Kasper

*Attorney for Defendant PACIFIC COAST INN LLC*

Dated: December 23, 2025     By: */s/ Christopher T. Byrd*
         Christopher T. Byrd (*Pro Hac Vice*)
         Shubhra R. Mashelkar (*Pro Hac Vice*)
         Aaron Cohn
         David Anthony Fear (*Pro Hac Vice*)
         Erin Kathleen Poppler
         Michael E. Gallagher Jr.

*Attorneys for Defendants ESA P PORTFOLIO LLC, ESH/HV PROPERTIES LLC, ESH HOSPITALITY INC., ESA MANAGEMENT LLC, and ESA P PORTFOLIO OPERATING LESSEE LLC*

Dated: December 23, 2025     By: */s/ Corey Lee Shulman*
         Corey Lee Shulman
         Karen Loreece Campbell
         Miguel Oscar Medina

*Attorneys for APPLE EIGHT HOSPITALITY MANAGEMENT, INC.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025 a copy of the forgoing was served on all counsel of record through the Court's ECF system.

/s/Moze Cowper
C. Moze Cowper